## QUEVEDO v. STATE.

No. 19524.

Court of Criminal Appeals of Texas.

Feb. 16, 1938.

Lillian Oatis, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment assessed at two years in the penitentiary.

The indictment is in proper form. The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.

## TURNER v. STATE.

No. 19420.

Court of Criminal Appeals of Texas.

Feb. 16, 1938.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for theft of chickens; punishment, one year in the penitentiary.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular.

No error appearing, the judgment is affirmed.